IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MAURICE MYERS,<br><br>Plaintiff,<br><br>vs.<br><br>CASCADE COUNTY and DOES 1-5,<br><br>Defendants. | CV 26-303-GF-SPW<br><br><br><br>ORDER |

Plaintiff Maurice Myers is a prisoner seeking redress from a governmental defendant, making his Complaint subject to the provisions of 28 U.S.C. § 1915A. Accordingly, the Court has considered whether Myers' Complaint is frivolous, malicious, fails to state a claim, or seeks solely monetary relief from a defendant who is immune. *See* 28 U.S.C. §§ 1915(e)(2), 1915A(b). Dismissal is not appropriate at this time. Defendants must respond. *See* 42 U.S.C. § 1997e(g)(2). It is HEREBY ORDERED that Plaintiff may proceed with service of summons.

DATED this 1st day of October, 2026.

Susan P. Watters
Susan P. Watters
United States District Court Judge